IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2023 OCT -3  AM 10: 06

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAGEN DUNPHY, a/k/a "Molly Ruin," a/k/a "~Haley,"<br><br>Defendant | ) Criminal No. 21-Cr-10353-PBS<br>)<br>) Violations:<br>)<br>) <u>Counts One and Two</u>: Distribution of and<br>) Possession with Intent to Distribute<br>) Methamphetamine<br>) (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))<br>)<br>) <u>Forfeiture Allegation</u>:<br>) (21 U.S.C. § 853) |

<u>SUPERSEDING INFORMATION</u>

<u>COUNT ONE</u>
Distribution of and Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney charges:

On or about March 14, 2020, in Boston, in the District of Massachusetts, and Los Angeles, in the Central District of California, and elsewhere, the defendant,

HAGEN DUNPHY, a/k/a "Molly Ruin," a/k/a "~Haley,"

did knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

1

<u>COUNT TWO</u>
Distribution of and Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

On or about October 26, 2020, in Boston, in the District of Massachusetts, and Los Angeles, in the Central District of California, and elsewhere, the defendant,

HAGEN DUNPHY, a/k/a "Molly Ruin," a/k/a "~Haley,"

did knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One and Two, the defendant,

HAGEN DUNPHY, a/k/a "Molly Ruin," a/k/a "~Haley,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant-

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ James E. Arnold
JAMES E. ARNOLD
Assistant U.S. Attorney

Dated:   October 3, 2023.